| | |
|---|---|
| 1  ANTHONY P. DAVID (CA SBN 40751)<br>   A Professional Corporation<br>2      101 Montgomery Street, 27th Floor<br>       San Francisco, CA 94014-4132<br>3      Telephone: 415-498-0000 | **FILED**<br>JUL 2 9 2005 |
| 4  Attorney for Plaintiff | |
| 5  KEVIN V. RYAN (CA SBN 118321)<br>   United States Attorney<br>6  Joann M. Swanson (CA SBN 88143)<br>   Chief, Civil Division<br>7  Mark St. Angelo (CA SBN 74045)<br>   Assistant United States Attorney<br>8      150 Almaden Blvd., Suite 900<br>       San Jose, CA 95113-2009<br>9      Telephone: 408-535-5087 | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

10  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CHRISTOPHER SHEVLAND,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>     Defendants. | No. C-04-0576 MJJ<br><br>STIPULATION TO BIFURCATE TRIAL, AND [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this case, by and through their respective undersigned attorneys, as follows:

1.  Trial in this matter should be bifurcated, with an initial trial to be limited to the issue of liability and a later trial, if needed, to determine the amount of damages.

2.  Until completion of trial on the issue of liability, absent an agreement between counsel for the parties to this action made on the record at the time of a deposition, all discovery, including any deposition of the Plaintiff, should be limited to the issue of liability.

The parties believe that because this matter is required to be tried to the Court sitting without a jury, and because plaintiff's condition cannot be said to have completely stabilized, bifurcation would promote

the expeditious and just resolution of this matter in the most efficient and economical manner, and also would conserve judicial resources. Therefore, the parties believe, entry of an order bifurcating trial and limiting discovery to the issue of liability until after a decision has been rendered by the Court on the issue of liability would be in the best interests of the parties and the Court.

Respectfully submitted,

| | |
|---|---|
| ANTHONY P. DAVID<br>A Professional Corporation | KEVIN V. RYAN<br>United States Attorney |
| /s/ Anthony P. David<br>Anthony P. David<br>Attorney for Plaintiff | /s/ Mark St. Angelo<br>Mark St. Angelo<br>Assistant United States Attorney |
| Dated: _____7-28-05_____ | Dated: _____28 July 05_____ |

*************************************************************************

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Trial in this matter shall be bifurcated, with the issue of liability to tried before discovery is taken on the issue of damages. The parties are hereby instructed by the Court to submit a proposed schedule for discovery and trial limited to the issue of liability, to be considered by the Court at the next scheduled Case Management Conference.

Date: 7/29/2005

Hon. MARTIN J. JENKINS
United States District Judge