| | |
|---|---|
| 1 | ANTHONY P. DAVID (CA SBN 40751) |
| | A Professional Corporation |
| 2 |    One Embarcadero Center, 8th Floor |
| |    San Francisco, CA 94111 |
| 3 |    Telephone: 415-498-0000 |
| |    Facsimile: 415-498-0001 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | |
| | KEVIN V. RYAN (CA SBN 118321) |
| 6 | United States Attorney |
| | JOANN M. SWANSON (CA SBN 88143) |
| 7 | Chief, Civil Division |
| | Mark St. Angelo (CA SBN 74045) |
| 8 | Assistant United States Attorney |
| |    150 Almaden Blvd., Suite 900 |
| 9 |    San Jose, CA 95113-2009 |
| |    Telephone: 408-535-5087 |
| 10 |    Facsimile: 408-535-5081 |
| |    E-mail: mark.st.angelo@usdoj.gov |
| 11 | |
| | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| BRIAN CHRISTOPHER SHEVLAND, | ) | **No. C-04-0576 MJJ** |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CANCEL REFERRAL** |
| | ) | **TO MEDIATION, AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective undersigned attorneys, that the referral of this case to mediation under the ADR program of the Northern District of California should be canceled.

The parties have agreed to bifurcate the trial in this action, and the Court has issued an order bifurcating the trial. In addition, at the last case management conference the Court ordered the parties to take part in a settlement conference before a Magistrate Judge prior to the trial on the issue of liability, and the assigned Magistrate Judge has issued an order scheduling that settlement conference. In light of these developments, the parties mutually agree that conducting a mediation prior to the trial on the issue of

liability would be unlikely to resolve this case, and thus would not promote the efficient resolution of this action, but instead would be more of a burden than a benefit to the parties.

Respectfully submitted,

ANTHONY P. DAVID  
A Professional Corporation

/s/ Anthony P. David  
Anthony P. David  
Attorney for Plaintiff

Dated: 10-18-05

KEVIN V. RYAN  
United States Attorney

/s/ Mark St. Angelo  
Mark St. Angelo  
Assistant United States Attorney

Dated: 18 Oct 05

*******************************************************************************

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The referral of this case to the Court's ADR program for mediation is hereby canceled.

Dated: 10/23/2005

Hon. MARTIN J. JENKINS  
United States District Judge

No. C-04-0576 MJJ. Stipulation to Cancel  
Referral to Mediation, and [Proposed] Order     Page 2