KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7264
    Facsimile: (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CHRISTOPHER SHEVLAND, <br><br>    Plaintiff, <br><br>    v. <br><br>UNITED STATES OF AMERICA and DOES ONE through TEN, <br><br>    Defendants. | No. C 04-0576 MJJ <br>**E-FILING CASE** <br><br>Order granting: <br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

**PLEASE TAKE NOTICE THAT THE CLERK** is hereby asked to enter the appearance of Abraham A. Simmons, Assistant United States Attorney, and to withdraw the appearance of Mark St. Angelo, the Assistant United States Attorney who was formerly assigned to represent Defendant United States and who no longer is associated with this office.

The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to AUSA Abraham A. Simmons at the above mailing address, telephone number, facsimile number and e-mail address.

Please also take notice that, from the date of this request, service on the above-named Defendants should be made on Mr. Simmons only. Please amend your service lists accordingly.

While Joann M. Swanson, Chief of the Civil Division, and Kevin V. Ryan, United States Attorney, will appear on the pleadings with Mr. Simmons, no service need be made on them.

DATED: February 17, 2006   Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
ABRAHAM A. SIMMONS
Assistant United States Attorney

2/21/2006

**GRANTED**
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Substitution of Counsel
C 04-0576 MJJ                              2