**United States District Court**
For the Northern District of California

1
2
3
4
5                                UNITED STATES DISTRICT COURT
6                               NORTHERN DISTRICT OF CALIFORNIA
7
8    BRIAN C. SHEVLAND,                          No. C-04-0576 MJJ (JCS)
9              Plaintiff(s),
                                                 **ORDER CONTINUING**
10       v.                                      **SETTLEMENT CONFERENCE**
11   UNITED STATES OF AMERICA,
                                                 (E-FILING CASE)
12             Defendant(s).
     _____/
13
14   TO ALL PARTIES AND COUNSEL OF RECORD:
15          IT IS HEREBY ORDERED as follows:
16          1.      The Settlement Conference previously scheduled for May 2, 2006, at 1:30 p.m., has
17   been continued until **May 30, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building,
18   450 Golden Gate Avenue, San Francisco, California 94102.  Lead trial counsel shall appear at the
19   Settlement Conference with the parties who have **unlimited** authority to negotiate and settle the
20   case.
21          2.      No later than **April 24, 2006**, Plaintiff shall serve a written settlement demand with a
22   detailed justification on the issues of liability and economic loss.
23          3.      No later than **May 16, 2006**, Defendant shall serve a written response to Plaintiff's
24   settlement demand and a counter-offer with a detailed justification on the issues of liability and
25   economic loss.
26          4.      No later than **May 16, 2006**, Defendant shall lodge with the undersigned's Chambers a
27   Supplemental Settlement Conference Statement with detailed evidence on the liability issue,
28   including a copy of all expert reports and expert depositions in this case.

5.      No later than **May 23, 2006**, Plaintiff shall lodge with the undersigned's Chambers a Supplemental Settlement Conference Statement with detailed evidence on the liability issue.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference.  All other provisions of this Court's September 12, 2005 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: April 25, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2