KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
ABRAHAM SIMMONS, CSBN 146400
Assistant United States Attorney
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CHRISTOPHER SHEVLAND, ) | No. C 04-0576 MJJ |
| Plaintiff, ) | STIPULATION ENLARGING DATE FOR FILING MOTIONS IN LIMINE |
| v. ) | and ORDER |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for filing of the motions in limine will be 9:00 a.m. on ~~June 1~~ May 30, 2006 with oppositions thereto due ~~9:00 a.m.~~ 5:00 pm on June ~~5~~ 2, 2006.

The date currently set for filing of motions in limine is May 23, 2006 with oppositions due on May 31, 2006. An enlargement of time will allow the parties time to meet and confer regarding discovery disputes which have arisen which cannot be resolved in time to meet the original in limine motion deadline.

Parties respectively request that this Court enlarge the dates for the filing of motions in limine.

DATED: May 22, 2006      By:      /s/_____
                              ANTHONY DAVID
                              Attorney for Plaintiff

|   |   |   |   |
|---|---|---|---|
| 1 |  | KEVIN V. RYAN | |
| 2 |  | United States Attorney | |
| 3 | DATED: May 22, 2006 | By: | /s/_____ |
| 4 |  |  | KATHERINE B. DOWLING<br>Assistant United States Attorney<br>Attorneys for Defendant |

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED:

DATED: 5/23/2006      _____
                     HON. MARTIN J. JENKINS
                     United States District Judge