UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN C. SHEVLAND,

        Plaintiff(s),

    v.

UNITED STATES OF AMERICA,

        Defendant(s).

No. C-04-0576 MJJ (JCS)

**ORDER RE TELEPHONIC SCHEDULING CONFERENCE**

(E-FILING CASE)

TO ALL PARTIES AND COUNSEL OF RECORD:

On August 8, 2006, counsel for both parties were notified that a Telephonic Scheduling Conference was scheduled for August 10, 2006, at 4:15 p.m. A Clerk's Notice setting this conference was electronically filed. This date and time were chosen specifically to accommodate counsel for Plaintiff's calendar, and were agreed to by counsel for the Government

On August 10, 2006, at approximately 4:15 p.m. and again at 4:25 p.m., court staff attempted to reach both counsel. Neither counsel was available.

IT IS HEREBY ORDERED that before the close of business on August 11, 2006, both counsel shall electronically file letters to the Court explaining why they were not available for the Telephonic Scheduling Conference.

Court staff will contact counsel to reschedule the conference.

IT IS SO ORDERED.

Dated: August 11, 2006

JOSEPH C. SPERO
United States Magistrate Judge