UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SHEVLAND,<br><br>    Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant(s).<br>_____/ | No. C-04-0576 MJJ (JCS)<br><br>**ORDER RE DISCOVERY AND SETTLEMENT ISSUES, AND SETTING DATE FOR FURTHER STATUS CONFERENCE** |

The Court held a telephone conference on August 16, 2006, regarding the scheduling of a settlement conference and various discovery issues between the parties. Anthony P. David appeared on behalf of Plaintiff; Abraham A. Simmons appeared on behalf of Defendant.

Having heard the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

1.   Plaintiff shall fax to counsel for Defendant the identities, including names, telephone numbers, and addresses, of all doctors that treated Plaintiff who have custody or control over any neuropsychology examinations, tests, or records concerning Plaintiff (the "records"). In addition, not later than August 31, 2006, Plaintiff shall provide signed waivers, in a form requested by Defendant, providing for the release of the records to counsel for Defendant.

2.   Not later than August 31, 2006, counsel for Defendant shall cause subpoenas to be served on the above-referenced doctors for the records.

3.   The parties shall forthwith negotiate a protective order. The protective order shall provide that all of the records shall be treated on an attorneys-, experts-, and consultants-eyes only

1  basis. The protective order shall further provide that before receiving any of these materials, the
2  experts and consultants shall sign an appropriate agreement to be bound by the protective order.
3        4.    The records described in Paragraph 1 shall be produced to counsel for Defendant.
4        5.    Within one week of today's date, counsel for Defendant shall submit a confidential
5  settlement letter to counsel for Plaintiff, with a copy to the undersigned, describing the independent
6  medical exam sought by Defendant, including the specialty of each of the examining doctors or
7  psychologists, what type of examination will be conducted (with a description in sufficient detail so
8  that the parties can determine whether or not the examination is appropriate for this case, and
9  whether the examinations overlap), and how long each examination will take. Counsel for all parties
10 shall then meet and confer regarding the scope of the independent medical examination.
11        There will be a Further Telephonic Status Conference before the undersigned on
12 **September 8, 2006, at 1:30 p.m.** Chambers staff will initiate the telephone contact.
13        IT IS SO ORDERED.

Dated: August 17, 2006

JOSEPH C. SPERO
United States Magistrate Judge

2