ANTHONY P. DAVID (State Bar No. 40751)
1   A Professional Corporation

2   101 Montgomery St., 27th Floor
    San Francisco, CA 94104
3   Tel:(415) 498-0000
    Fax: (415)498-0001
4   Email: tony.david@yahoo.com

5   Attorney for Plaintiff

6
    KEVIN V. RYAN (SBN 118321)
7   United States Attorney
    JOANN M. SWANSON (SBN 88143)
8   Chief, Civil Division
    ABRAHAM A. SIMMONS (SBN 146400)
9   Assistant United States Attorney
    KATHERINE DOWLING (SBN 220767)

10      450 Golden Gate Avenue,10th Floor
11      San Francisco, California 94102-3495
        Telephone:    (415) 436-7264
12      Facsimile:    (415) 436-6748
        Email:        abraham.simmons@usdoj.gov
13
    Attorneys for Federal Defendants
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18  BRIAN CHRISTOPHER SHEVLAND,      )    No. C 04-0576 MJJ
19                                   )    **E-FILING CASE**
                        Plaintiff,   )
20                                   )
                    v.               )    STIPULATION AND
21                                   )    PROTECTIVE ORDER
    UNITED STATES OF AMERICA and     )
22  DOES ONE through TEN,            )
                                     )
23                      Defendants.  )
                                     )
24                           RECITALS

25      Whereas the Court has ordered that the records of neuropsychological examinations, tests

26  and data generated by such testing (hereinafter sometimes referred to as "records, documents,
27

28  STIPULATION AND PROPOSED ORDER                              C 04-0576 MJJ
    725/Shev75                        1

materials and/or information protected hereunder") by plaintiff's treating neuropsychologists be the subject of subpoena to be issued by the defendant to be produced to counsel for the defendant;

Whereas Plaintiff will consent to his treating neuropsychologists' transmiting such records directly to Sarah Hall, Ph.D., a neuropsychologist who has been designated by the Government to conduct a Rule 35(a) mental examination consisting of neurological testing;

Whereas the Court has ordered that all such records shall be subject to a protective order to maintain confidentiality of such records and the privacy of plaintiff; and

Whereas the parties and their attorneys have agreed to comply with the letter and intent of said confidentiality;

## STIPULATIONS

IT IS HEREBY STIPULATED THAT:

1.  At such time as records, documents, materials and/or information protected hereunder are delivered to Dr. Hall and/or the defendant's counsel, defendant's counsel shall be responsible for designating each document comprising such records as "CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER."

2.  Records, documents, materials and/or information protected hereunder or information derived from such records, or the substance thereof, or the existence thereof, or any copies, or summaries thereof, shall not be disclosed directly or indirectly to any entity or person except plaintiff herein and his counsel and his counsel's staff, defendant's counsel's employees, licensed neuropsychologist experts or licensed neuropsychologist consultants employed by the parties or their attorneys in connection with and solely for this action.

3.  Any and all of the parties' said employees, experts, consultants and/or counsel associated with this litigation or any other persons authorized to have access to such records, documents, materials and/or information protected hereunder, or to the substance thereof, or to any copies, or summaries thereof, shall be presented with a copy of this Stipulation

STIPULATION AND PROPOSED ORDER                                    C 04-0576 MJJ
725/Shev75                          2

and Protective Order. A declaration in the form of Exhibit "A" attached hereto shall be executed by such experts, consultants, counsel and/or other persons who are to have access to the confidential records, documents, materials and/or information subject to this Stipulation and Protective Order; such declaration shall be returned to the attorneys providing access to the records, documents, materials and/or information protected hereunder and be maintained by them. Those experts, consultants, counsel, and/or other individuals who are to have access to records, documents, materials and/or information protected hereunder shall not give, show, or otherwise, directly or indirectly, disclose any of the records, documents, materials and/or information protected hereunder, or the substance thereof, or the existence thereof, or any copies or summaries thereof, to any entity or person, except as may be necessary in preparing to render or rendering, expert advice or assistance in this lawsuit only.

4. The parties to this action and their attorneys agree that all objections, including, but not limited to, objections based on relevancy, materiality, and privilege, are reserved and all questions of admissibility may be asserted at the time of trial of the action in which such records, documents, materials and/or information protected hereunder are used or proffered should any party deem it proper.

5. Defendant's counsel is responsible for affixing to records, documents, materials and/or information protected hereunder prominent markings "CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER" on each document or item at or before the time the document or item is displayed or divulged to any person authorized hereunder. Each party's counsel is responsible for seeing to it that the above-referenced prominent markings to be displayed on records, documents, materials and/or information protected hereunder and provided to that party's consultants are affixed.

6. Persons authorized to have access to such records protected hereunder or information contained therein, shall limit the number of copies to only that which is necessary to adequately prepare defendant's case and shall insure that all copies are returned to

STIPULATION AND PROPOSED ORDER
725/Shev75                                                3                                      C 04-0576 MJJ

plaintiff's attorneys following the conclusion of this action. Any and all copies shall be treated in accordance with the terms of this Stipulation and Protective Order.

7.  By this stipulation, the parties do not waive any rights they may possess to compel further discovery responses or to object to any further discovery requests made by either party.

8.  Any papers filed with the Court which include or summarize records, documents, materials and/or information protected hereunder shall be filed under seal. For purposes of this paragraph records, documents, materials and/or information protected hereunder shall include (1) deposition transcripts, (2) exhibits to depositions and (3) summaries of records, documents, materials and/or information protected hereunder. Deposition transcripts which contain testimony reciting or referring to information from records, documents, materials and/or information protected hereunder shall be deemed protected under this Order and shall be marked according to ¶5 above.

9.  Similarly, any records, documents, materials and/or information protected hereunder offered as evidence during pretrial proceedings, trial, or post-trial proceedings, any testimony relating to such records, documents, materials and/or information protected hereunder, and any papers, affidavits, declarations, memoranda or other pleadings filed with the Court in this action, which attach, include, quote, or summarize any such records, documents, materials and/or information protected hereunder shall likewise be sealed and protected from disclosure by this Stipulation and Protective Order. The use of such records, documents, materials and/or information protected hereunder during depositions, such productions, and/or offerings and/or omissions into evidence, and/or inclusion in any papers, affidavits, declarations, memoranda or other pleadings in this section does not waive the terms of this Stipulation and Protective Order.

10.  Within three years after the conclusion of the trial and any appeals in this action and the satisfaction of judgment, or upon conclusion of any settlement, all records, documents, materials and/or information protected hereunder, including all copies thereof in the Court records, will be released from the Court records and returned to plaintiff's

attorneys. At the same time, defendant's counsel shall return to plaintiff's counsel all records, documents, materials and/or information protected hereunder in the possession of defendant, its attorneys, its employees, or experts, consultants, and any other person who has signed a declaration of the form of exhibit "A", attached to this Stipulation and Protective Order.

11. Should any party propose to include in any affidavit, declaration, memoranda or other pleadings, intended to be filed with the Court, any excerpts, quotes, paraphrases or purported summaries of any protected records, documents, materials and/or information hereunder, such party shall do so under seal.

12. The Court shall expressly reserve the right and jurisdiction to make such further protective orders in this matter as it deems appropriate in furtherance of justice and/or to protect the plaintiff's privacy and the secrecy, confidentiality, proprietary and trade secret aspect of any records, documents, materials and/or information protected hereunder and/or to otherwise modify, amend, and/or alter this order.

13. Prior to the trial of the above matter, counsel for the parties shall seek to reach agreement on the handling of information and documents covered by this Stipulation and Protective Order at trial so as to provide protection against public disclosure without in any way infringing on the rights the parties to present any evidence that is necessary in such trial and shall submit such agreement or proposals if agreement cannot be reached, the Court for its direction or decision.

\\
\\
\\
\\
\\
\\
\\

STIPULATION AND PROPOSED ORDER                                    C 04-0576 MJJ
725/Shev75                          5

\\

\\

\\

14.   The terms of this Stipulation and Protective Order shall remain fully active until released by the written consent of plaintiff's counsel. The Court shall retain jurisdiction over this Stipulation and Protective Order, and recipients of records, documents, materials and/or information protected hereunder for the purpose of enforcing the Stipulation and Protective Order and adjudicating claims of breaches thereof administering damages and other remedies related thereto.  The provisions of this Stipulation and Protective Order shall continue to be binding as to the records, documents, materials and/or information protected hereunder.

IT IS SO STIPULATED.

ANTHONY P. DAVID,                     KEVIN V. RYAN
A Prof. Corp.                                    United States Attorney

By _____

ANTHONY P. DAVID                    ABRAHAM A. SIMMONS
Attorney for Plaintiff                       KATHERINE DOWLING
                                                        Assistant United States Attorneys
                                                        Attorneys for Defendant

Dated: _____       Dated: _____

IT IS SO ORDERED.   Parties to comply with Local Rule 79-5.

Dated: _____

                                                        JOSEPH C. SPERO
                                                        United States Magistrate Judge

STIPULATION AND PROPOSED ORDER                              C 04-0576 MJJ
725/Shev75                                         6

ANTHONY P. DAVID (State Bar No. 40751)
A Professional Corporation

101 Montgomery St., 27th Floor
San Francisco, CA 94104
Tel:(415) 498-0000
Fax: (415)498-0001
Email: tony.david@yahoo.com

Attorney for Plaintiff

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney
KATHERINE DOWLING (SBN 220767)

450 Golden Gate Avenue,10th Floor
San Francisco, California 94102-3495
Telephone:    (415) 436-7264
Facsimile:    (415) 436-6748
Email:        abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CHRISTOPHER SHEVLAND, ) | No. C 04-0576 MJJ |
| ) | **E-FILING CASE** |
| Plaintiff, ) | |
| ) | |
| v. ) | EXHIBIT A TO |
| ) | STIPULATION AND |
| UNITED STATES OF AMERICA and ) | PROTECTIVE ORDER |
| DOES ONE through TEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, _____, the undersigned, acknowledge that I have received, read,

and understand each and every provision of the Stipulation and Protective Order filed on

EXHIBIT A TO STIPULATION AND PROPOSED ORDER                    C 04-0576 MJJ
725/Shev75a                                        1

_____ ___, in the above action and agree to be bound by all of its provisions.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct. Executed at _____, _____,

this _____ day of _____, 200____.

_____

EXHIBIT A TO STIPULATION AND PROPOSED ORDER                 C 04-0576 MJJ
725/Shev75a                                  2