UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. SHEVLAND, | No. C-04-0576 MJJ (JCS) |
| Plaintiff(s), | **ORDER RE MOTION TO COMPEL** |
| v. | |
| UNITED STATES OF AMERICA, | (E-FILING CASE) |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On January 3, 2007, the parties submitted a joint letter which the court construes as a motion to compel. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. On or before Friday, January 12, 2007, Defendant shall produce all reports and other documentation required by Paragraph 1 of this Court's Order of October 23, 2006 (the "Order"). This shall include all detailed written reports from each of the examinations conducted pursuant to the Order, along with all other documentation and things generated in connection with those examinations.

2. On or before Friday, January 12, 2007, Plaintiff shall produce all reports currently in existence regarding neuropsychological testing or psychiatric examinations of Plaintiff. Pursuant to Rule 35, in the event that future reports are prepared regarding Plaintiff, they shall be produced not later than five (5) business days after their creation, unless otherwise required by an order of this Court.

IT IS SO ORDERED.

Dated: January 8, 2007

JOSEPH C. SPERO
United States Magistrate Judge