LAW OFFICES OF
## ANTHONY P. DAVID
A PROFESSIONAL CORPORATION
101 MONTGOMERY STREET
27TH FLOOR
SAN FRANCISCO CA 94104-4132

TELEPHONE (415) 498-0000
FACSIMILE (415) 498-0001

January 26, 2007

*E-Filed and Hand-Delivered*

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court
Federal Building
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, Ca 94102



Re: Shevland v. United States; Case No. C-04-0576 MJJ        Jan. 26, 2007

Dear Judge Spero:

    Plaintiff requests that the Court order that any discovery procedure requiring the personal appearance of Brian Shevland be held within days before the scheduled Settlement Conference of February 12, 2007. The bases for this request are as follows:

1.     The Court has ordered the parties to cooperate and complete sufficient discovery expeditiously prior to the Settlement Conference to evaluate the case for settlement purposes in order that we may engage in meaningful discussions at the conference. Docket 149.

2.     The government has requested the opportunity to take a second deposition of plaintiff Brian Shevland concerning the subject of damages sometime in March.

3.     Mr. Shevland resides in Philadelphia, Pennsylvania, and will make arrangements to fly to San Francisco for the purpose of attending the Settlement Conference in good faith.

4.     Plaintiff has offered the week before the Settlement Conference for the government to depose Mr. Shevland and conduct any further appropriate IME's the government deems necessary for its defense. Specifically, plaintiff's attorneys

725\012607

Hon. Joseph C. Spero
United States Magistrate Judge
January 26, 2007
Page 2

        and Mr. Shevland can be made available for deposition at the request of the defense attorney on February 6 and February 8, 2007 and for any appropriate IME on the other days of that week.

5. Should the government elect to question Mr. Shevland concerning issues of injuries and damages after February 12, 2007, it will lessen the likelihood of meaningful settlement discussions taking place at the Settlement Conference, and will be at odds with the Order of the Court that such discovery be conducted expeditiously. Should the government choose to do this, it will be necessary for Mr. Shevland to be deposed in Philadelphia.

6. The plaintiff and his attorneys wish to participate in the Settlement Conference in good faith.

In light of the foregoing, it is respectfully requested that the Court order that the second deposition of the plaintiff be undertaken on February 6 or February 8, 2007 and other discovery requiring his personal appearance in California be undertaken during the same week prior to the Settlement Conference scheduled for February 12, 2007.

        Very truly yours,

        /s/

        Anthony P. David
        Attorney for Plaintiff

cc: Abraham Simmons, Esq. (Via fax)

725\012607