UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. SHEVLAND,<br><br>            Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant(s).<br>_____/ | No. C-04-0576 MJJ (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**<br><br>**(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **May 3, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

It is the responsibility of counsel to ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the Settlement Conference. Counsel shall cooperate in providing discovery informally and expeditiously.

Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a settlement. A person who needs to call another person not present before agreeing to any settlement does not have full authority. If a party is a governmental entity, its governing body shall designate one of its members or a senior executive to appear at the Settlement Conference with authority to participate in the Settlement Conference and, if a tentative settlement agreement is reached, to recommend the agreement to the governmental entity for its approval.

Personal attendance of a party or representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing

1  counsel and lodged as early as the basis for the hardship is known but no later than the Settlement
2  Conference Statement.

3  **Each party shall prepare an updated Settlement Conference Statement, which must be**
4  **LODGED with the undersigned's Chambers (NOT electronically filed) no later than seven (7)**
5  **calendar days prior to the conference.** Please 3-hole punch the document at the left side.

6  The updated Settlement Conference Statement need not be served on opposing counsel. The
7  parties are encouraged, however, to exchange Settlement Conference Statements. If Settlement
8  Conference Statements are exchanged, any party may submit an additional confidential settlement
9  letter to the Court not to exceed three (3) pages. The contents of this confidential settlement letter
10 will not be disclosed to the other parties.

11 Counsel shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the
12 date set for the Further Settlement Conference. All other provisions of this Court's September 12,
13 2005 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

14 IT IS SO ORDERED.

16 Dated: April 18, 2007

JOSEPH C. SPERO
United States Magistrate Judge