LAW OFFICES OF
## ANTHONY P. DAVID
A PROFESSIONAL CORPORATION
101 MONTGOMERY STREET
27TH FLOOR
SAN FRANCISCO CA 94104-4132

TELEPHONE (415) 498-0000
FACSIMILE (415) 498-0001

April 27, 2007

*Via e-filing and Hand Delivery*
Honorable Martin Jenkins
United States District Judge
450 Golden Gate Avenue, Ctrm 11, 19th Floor
San Francisco, CA 94102-3495

    Re: *Shevland v. United States, et al.*
    C 04-00576 MJJ

Dear Judge Jenkins:

    We are writing requesting an extension of the date expert rebuttal reports are due. As you may recall, at the status conference of April 10, 2007, I indicated that I was not certain my experts could respond to a deadline of today for rebuttal reports. This has turned out to be the case.

    I have met and conferred with Mr. Simmons, and he is agreeable to extending the date for submission of rebuttal reports to a week from today, May 4th. We apologize for getting this request to the Court at the eleventh hour, but there has been difficulty with counsel's ability to communicate with one another due to the press of our respective litigation activities.

    We request that the Court agree to this extension. Please have someone from the Court let us know by phone if this extension is agreeable with the Court. Thank you.

    Respectfully submitted,

SCOTT N. SCHOOLS                                          Anthony P. David,
United States Attorney                               A Professional Corporation

/s/                                                                  /s/
_____                _____
ABRAHAM A. SIMMONS                    Anthony P. David
KATHERINE B. DOWLING               Attorney for Plaintiff
Assistant United States Attorney
Attorneys for Defendant

725\042607

IT IS SO ORDERED
*Martin J. Jenkins*
Judge Martin J. Jenkins
Dated 4/27/07