SCOTT N. SCHOOLS (SC SBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney
KATHERINE DOWLING (SBN 220767)

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CHRISTOPHER SHEVLAND,<br><br>                Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | No. C 04-0576 MJJ<br>**E-FILING CASE**<br><br>[~~PROPOSED~~] 6th PRETRIAL ORDER |

It is hereby ordered pursuant to F.R.C.P.s 16 and 26 and the Local Rules of this Court that the following adjustments are made to this Court's 4th and 5th Pretrial Orders (filed June 20, 2006, and November 14, 2006, respectively):

    1.    **Close of discovery**

The last day for fact and expert discovery be June 16, 2007. The deposition of Dr. Edward Murphy may be taken thereafter and shall be taken at the earliest possible time the doctor is available.

    2.    **Additional Matters**

There is no change to the trial date, the estimate of trial length and pretrial conference date. Pretrial to conform to the instructions attached to the Court's November 14, 2006 Pretrial Order. The matter is referred to Magistrate Judge Spero for continued settlement discussions to be scheduled for June, 2007. The parties are encouraged to pursue any additional alternative

1 | dispute resolution procedures they conclude may facilitate a settlement of this matter.
2 |
3 | **IT IS SO ORDERED.**
4 |
5 |
6 | ___5/29/2007_____                    _____
7 | DATE                                    HON. MARTIN J. JENKINS
  |                                         U.S. District Judge
8 |
9 |
10 |
11 | _____
12 | Anthony David
   | Attorney for Plaintiff

[Proposed] 6th Pretrial Order
C 04-0576 MJJ                               2