|   |   |
|---|---|
| 1 | ANTHONY DAVID (State Bar No. 40751) |
|   | A Professional Corporation |
| 2 | One Embarcadero Center, 8th Floor |
|   | San Francisco, CA 94111-3600 |
| 3 | Tel: (415) 498-0000 |
|   | Fax: (415) 498-0001 |
| 4 | Email: tony.david@yahoo.com |
| 5 | Attorney for Plaintiff |

SCOTT N. SCHOOLS (SC SBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BRIAN CHRISTOPHER SHEVLAND, | ) | No. C 04-0576 MJJ (ARB) |
|---|---|---|
|   | ) | **E-FILING CASE** |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) |   |
|   | ) | **STIPULATION AND [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA and | ) | **RE: VACATING OF TRIAL DATE AND** |
| DOES ONE through TEN, | ) | **SETTING OF STATUS CONFERENCE** |
|   | ) |   |
| Defendants. | ) |   |
|   | ) |   |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto as follows:

    1.    The parties have agreed to a monetary figure that plaintiff will accept to resolve this matter and that the United States Attorney for the Northern District of California has agreed to recommend to the appropriate officials at the Department

of Justice. *See* 28 C.F.R. §§ 0.160, 0.172, Part O, Subpart Y, Appendix.

2. In light of the current trial date of July 30, 2007, the discovery that is still outstanding, the pre-trial filings and exchanges that are not completed, the numerous legal issues outstanding that would have to be resolved prior to a trial in this matter, and the amount of time it can be expected for the final government authorization for a settlement to be approved, the parties request, agree and stipulate that the July 30, 2007, trial date be vacated and that a status conference be scheduled for ~~3:30 PM~~ 2:00 p.m. on July 10, 2007, in lieu of the previously scheduled pre-trial conference.

| | |
|---|---|
| SCOTT N. SCHOOLS<br>United States Attorney | Anthony P. David,<br>A Professional Corporation |
| /s/<br>ABRAHAM A. SIMMONS<br>KATHERINE B. DOWLING<br>Assistant United States Attorney | /s/<br>Anthony P. David<br>Attorney for Plaintiff |

### ORDER

**Pursuant to the stipulation of the parties and good cause appearing therefor,**

**IT IS HEREBY ORDERED THAT the July 30, 2007 trial date is vacated, and the parties shall appear on July 10, 2007 at ~~3:30~~ 2:00 p.m. PM to update the Court on the status of the tentative settlement.**

6/25/2007
Dated

*[signature]*
United States District Judge

Stipulation & [Proposed] Order Vacating Trial Date
C 04-00576 MJJ

2