1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney
4  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney

       450 Golden Gate Avenue, P.O. Box 36055
       San Francisco, California 94102-3495
       Telephone:   (415) 436-6813
       Facsimile:   (415) 436-6748
       Email:       andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CHRISTOPHER SHEVLAND, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C04-576 MJJ <br> **E-FILING CASE** <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: February 19, 2008 <br> Time: 2:00 p.m. |

The parties, by and through their respective counsel, stipulate that the case management conference currently scheduled for February 19, 2008 be continued to March 18, 2008. The continuance is requested for three reasons.

First, counsel for the Federal Defendant is scheduled to be in South Carolina on February 19, 2008 at the National Advocacy Center.

///
///
///
///

Second, settlement negotiations are continuing in Washington, D.C., and the parties will be in a better position to apprise the Court of the status of settlement by early March, 2008.

Third, March 18, 2008 is the next available date that all counsel are available.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 24, 2008  _____/s/_____

ANDREW Y.S. CHENG
Assistant United States Attorney
Counsel for United States

Dated: January 24, 2008  \_\_\_\_\_/s/_____

ANTHONY DAVID
Counsel for Plaintiff Brian Shevland

**PROPOSED ORDER**

The Court, having considered the stipulation of the parties, continues the case management conference in this case from February 19, 2008 to March 18, 2008.

IT IS SO ORDERED.

DATED: January 28, 2008

HONORABLE MARTIN J. JENKINS
U.S. DISTRICT COURT JUDGE