IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CHRISTOPHER SHEVLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____ / | No. C 04-00576 WHA<br><br>**ORDER VACATING TRIAL AND PRETRIAL CONFERENCE DATES AND SETTING CASE MANAGEMENT CONFERENCE** |

The trial and final pretrial conference dates are **VACATED**. A case management conference is **SET** for **APRIL 24, 2008, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE