ANTHONY P. DAVID (State Bar No. 40751)
A Professional Corporation

    101 Montgomery St., 27th Floor
    San Francisco, CA 94104
    Tel:(415) 498-0000
    Fax: (415)498-0001
    Email: tony.david@yahoo.com

Attorney for Plaintiff


JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:    (415) 436-6748
    Email:        abraham.simmons@usdoj.gov

Attorneys for Federal Defendant


## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CHRISTOPHER SHEVLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant ) <br> _____ ) | No. C 04-0576 WHA <br> **E-FILING CASE** <br><br> DISMISSAL WITH PREJUDICE |

The parties stipulate that the case is hereby dismissed with prejudice pursuant to Fed. Rule of Civ. Proc. 41(a) and that the parties will bear their own costs.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 27, 2008

ANDREW Y.S. CHENG
ABRAHAM A. SIMMONS
MICHAEL T. PYLE
Assistant United States Attorney

Dated: February 27, 2008

ANTHONY P. DAVID
Attorney for Plaintiff Brian Shevland

Dated: February 27, 2008

Plaintiff Brian Shevland

## ORDER

The Court, having been informed that the parties have reached a settlement in this case, hereby dismisses this action with prejudice. The parties will bear their own costs.

All pending dates are hereby vacated.

**IT IS SO ORDERED.**

Dated: March 25, 2008.

WILLIAM ALSUP
United States District Judge

STIPULATION AND ORDER OF DISMISSAL,
C04-00576 WHA                                   2